NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**HOSPIRA INC.,**
*Plaintiff-Appellee*

**v.**

**AMNEAL PHARMACEUTICALS LLC,**
*Defendant-Appellant*

———————————

2018-1522

———————————

Appeal from the United States District Court for the District of Delaware in No. 1:15-cv-00697-RGA, Judge Richard G. Andrews.

———————————

## JUDGMENT

———————————

BRADFORD PETER LYERLA, Jenner & Block LLP, Chicago, IL, argued for plaintiff-appellee. Also represented by YUSUF ESAT, REN-HOW HARN, SARA TONNIES HORTON; ADAM G. UNIKOWSKY, Washington, DC.

STEVEN ARTHUR MADDOX, Maddox Edwards, PLLC, Washington, DC, argued for defendant-appellant. Also represented by JEREMY J. EDWARDS, MATTHEW C. RUEDY, KAVEH SABA.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, O'MALLEY, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 22, 2019          /s/ Peter R. Marksteiner
Date                      Peter R. Marksteiner
                          Clerk of Court